JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar Number 358709
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Taylor_Fatherree@fd.org

Counsel for Zachary GUYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY GUYTON<br><br>Defendant. | **Case No.:** 26–82; 18-607-2 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE** |

The above-titled matters are currently scheduled for a status conference on April 6, 2026, at 10:00 AM. Defense counsel is reviewing discovery and discussing it with her client. The parties therefore respectfully request and stipulate that the presently scheduled hearing be continued to ~~April 28~~ April 29, 2026, at 10:00 AM for a status conference.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act from April 6, 2026 through April 28, 2026, to allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by excluding time under the Speedy Trial Act from April 6, 2026 through

April 28, 2026 outweigh the best interest of the public and Mr. Guyton's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

March 31, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
KEVIN BARRY
Assistant United States Attorney

March 31, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
TAYLOR FATHERREE
Attorney for Zachary Guyton

[PROPOSED] STIPULATED ORDER
*GUYTON*, CR 26–138 CRB

## [PROPOSED] ORDER

Based on the facts set forth in the parties' stipulation and for good cause shown, the Court here CONTINUES the cases to ~~April 28, 2026~~ April 29, 2026, at 10:00 AM for a status hearing.

Based on the stipulation and for good cause shown, the Court also finds that failing to exclude the time from April 6, 2026 through ~~April 28, 2026~~ April 29, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 6, 2026 through ~~April 28, 2026~~ April 29, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and Mr. Guyton's interest in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 6, 2026 through ~~April 28, 2026~~ April 29, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 1, 2026

_____
CHARLES R. BREYER
United States District Judge

[PROPOSED] STIPULATED ORDER
*GUYTON*, CR 26–138 CRB