JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar Number 358709
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Taylor_Fatherree@fd.org

Counsel for Zachary GUYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 26–82; 18-607-2 CRB |
| Plaintiff, | MODIFIED<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE** |
| v. | |
| ZACHARY GUYTON | |
| Defendant. | |

The above-titled matters are currently scheduled for a status conference on June 17, 2026, at 10:00 AM. Defense counsel will be out of town on that date at a training. The government is in the process of sending a proposed plea agreement to the defense, and defense counsel continues to review discovery. The parties therefore respectfully request and stipulate that the presently scheduled hearing be continued to August 19, 2026 at 10:00 AM for a status conference.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act from June 17, 2026 through August 19, 2026, to allow for the effective

preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by excluding time under the Speedy Trial Act from June 17, 2026 through August 19, 2026 outweigh the best interest of the public and Mr. Guyton's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

June 11, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
KEVIN BARRY
Assistant United States Attorney

June 11, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
TAYLOR FATHERREE
Attorney for Zachary Guyton

[PROPOSED] STIPULATED ORDER
*GUYTON*, CR 26–138 CRB

MODIFIED

## [~~PROPOSED~~] ORDER

Based on the facts set forth in the parties' stipulation and for good cause shown, the

August 18, 2026 at 10:00 a.m.

Court here CONTINUES the cases to ~~August 19, 2026~~, at 10:00 AM for a status hearing.

Based on the stipulation and for good cause shown, the Court also finds that failing to exclude the time from June 17, 2026 through August 19, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 17, 2026 through August 19, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and Mr. Guyton's interest in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 17, 2026 through August 19, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  June 15, 2026

_____

CHARLES R. BREYER
United States Senior District Judge

[~~PROPOSED~~] STIPULATED ORDER
*GUYTON*, CR 26–138 CRB